UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
Eastern Division

Travelers Property Casualty Company of America

Plaintiff,

v.                                              Case No.: 1:22−cv−02308
                                                Honorable Jeffrey I Cummings

Benchmark Insurance Company

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 13, 2024:

      MINUTE entry before the Honorable Jeffrey I Cummings: On 2/23/24, the Court denied Travelers' motion for judgment on the pleadings as to Count III for contractual subrogation without prejudice and with leave to refile its motion to re−assert its full claim for subrogation, if known, by April 30, 2024 [55]. The Court advised Travelers that failure to do so by that date would result in dismissal of this action without prejudice. To date, Travelers has not re−filed its motion with respect to its subrogation claim – presumably because that claim is not yet ripe – nor has Travelers sought an extension of time to do so. Accordingly, this matter is dismissed without prejudice and Travelers may file a new case when its subrogation claim becomes ripe. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.